IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GALINA USHAKOVA,

      Plaintiff,                           No. 2:11-cv-01920 KJN

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.                  ORDER
_____/

      Although the Commissioner has consented to the jurisdiction of the magistrate judge in this action (Dkt. No. 9), plaintiff has not filed the form indicating whether plaintiff consents to or declines the jurisdiction of the magistrate judge. IT IS HEREBY ORDERED that within 45 days of the date of this order, plaintiff shall file notice with the court, preferably on the form that accompanied the Scheduling Order in this case (see Dkt. No. 5, Doc. No. 5-2), whether plaintiff consents to or declines the jurisdiction of the magistrate judge.

      IT IS SO ORDERED.

DATED: November 15, 2011

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE